# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| FIRST FAMILY FINANCIAL SERVICES, ET AL., | PLAINTIFFS, |
| VS. | CIVIL ACTION NO. 4:02CV209-P |
| TIMMY CLAY and KENYA CLAY, | DEFENDANTS. |

## FINAL JUDGMENT

This matter comes before the court *sua sponte*. After due consideration of the posture of this case, the court finds as follows, to-wit:

In the related case *Timmy Clay and Kenya Clay, et al. v. First Family Financial Services, et. al.*, Cause Number 2:02cv179, this court entered an Order on September 8, 2004 compelling arbitration of the claims of Timmy and Kenya Clay against First Family, et al. Therefore, the instant petition to compel arbitration of Timmy and Kenya Clay's claims against First Family Financial Services, et al. in 2:02cv179 should be dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiffs' claims should be **DISMISSED WITH PREJUDICE** against the defendants; therefore, this case is **CLOSED**.

**SO ORDERED** this the 17th day of August, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE